Thursday, May 28, 2015

No. 15–0597/AF. U.S. v. Jeremy D. Burk. CCA 38455. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 16, 2015.

Friday, May 29, 2015

No. 15–0606/MC. CB, Appellant v. Moira Modzelewski, Captain, U.S. Navy, In her official capacity as Military Judge, and Donald Foster, Lance Corporal U.S. Marine Corps, Real Party in Interest, Appellees. CCA 201500058. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b), together with Appellant's motion for a stay proceedings, on